Lewis K. Loss (*pro hac vice*)
Matthew J. Dendinger (*pro hac vice*)
Loss, Judge & Ward, LLP
Two Lafayette Centre
1133 21st St., NW, Suite 450
Washington, DC 20036
(t) (202) 778-4060
(f) (202) 778-4099
mdendinger@ljwllp.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| **Progressive Casualty Insurance Company,** | **CIVIL ACTION NO. 2:13-cv-00232-HRH** |
| **Plaintiff,** | |
| **v.** | **JOINT STATUS REPORT** |
| **Federal Deposit Insurance Corporation, as Receiver of Community Bank of Arizona; Edward M. Jamison; Stephen R. Curley; James E. Nelson; LeRoy R. Aman; Leanne B. Appledorn-March; Richard L. Murphy; and Philip B. Whitaker,** | |
| **Defendants,** | |
| **and** | |
| **Yvette E. Weinstein, as Chapter 7 Trustee for Community Bancorp,** | |
| **Defendant-Intervenor.** | |

Plaintiff Progressive Casualty Insurance Company ("Progressive"), Defendants Federal Deposit Insurance Corporation, as Receiver of Community Bank of Arizona ( "FDIC-R"), Edward M. Jamison, Stephen R. Curley, James E. Nelson, LeRoy R. Aman, Leanne B. Appledorn-March, Richard L. Murphy, and Philip B. Whitaker (the "Ds & Os"), and Defendant-

Intervenor Yvette E. Weinstein, as Chapter 7 Trustee for Community Bancorp ("Trustee") and pursuant to the Court's Order of November 21, 2014, (Docket Entry ("DE") 96), hereby provide this further status update regarding the parties' settlement discussions.

All parties have executed documents memorializing the settlement of this matter, the underlying action brought by FDIC-R against the Ds & Os captioned *FDIC-R v. Jamison, et al.*, 2:12-cv-01508, (D. Ariz.) (the "D&O action"), and certain matters pertaining to the bankruptcy of Community Bancorp pending in the United States Bankruptcy Court for the District of Nevada and captioned *In re Community Bancorp*, 10-20038-led.

A condition precedent to the settlement becoming final was its approval by the Court in the *In re Community Bancorp* matter. That approval was granted by order dated February 2, 2015.

Progressive's portion of the settlement payment was transferred to the FDIC-R by wire transfer on February 3, 2015. That same day, Progressive's counsel received a check from the Trustee for her portion of the settlement payment. Progressive's counsel has deposited the Trustee's check in its client trust account. Once the check clears, Progressive's counsel will wire the Trustee's portion of the settlement payment to the FDIC-R. Progressive anticipates this will be done within the next few days.

Once the FDIC-R has received these funds, the settlement agreement calls for it to file a stipulation of dismissal with prejudice in the D&O action within five business days and for Progressive to file a stipulation of dismissal with prejudice in this action within five business days after that. The parties therefore expect that stipulations of dismissal will be filed in both actions by the end of February 2015.

Respectfully submitted this 6th day of February, 2015.

/s/ Matthew J. Dendinger
Lewis K. Loss (*pro hac vice*)
Matthew J Dendinger (*pro hac vice*)
Loss, Judge & Ward, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
(t) 202-778-4060
(f) 202-778-4099
lloss@ljwllp.com
mdendinger@ljwllp.com

Counsel for Progressive Casualty
Insurance Company

/s/ Antony S. Burt
Antony S. Burt (*pro hac vice*)
David C. Giles (*pro hac vice*)
Molly L. Wiltshire (*pro hac vice*)
Schiff Hardin LLP
233 South Wacker Dr., Suite 6600
Chicago, IL 60606
(t) 312-258-5500
(f) 312-258-5700
aburt@schiffhardin.com
dgiles@schiffhardin.com
mwiltshire@schiffhardin.com

Counsel for the Federal Deposit Insurance
Corporation, as Receiver of Community
Bank of Arizona

/s/ Kevin R. Stolworthy
Kevin R. Stolworthy (*pro hac vice*)
Tracy A. DiFillippo (*pro hac vice*)
Armstrong Teasdale LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
(t) 702-678-5070
(f) 702-878-9995
kstolworthy@armstrongteasdale.com
tdifillippo@armstrongteasdale.com

Counsel for Edward M. Jamison

/s/Jennifer Hadley
Joel P. Hoxie (#0054480)
Jennifer Hadley (#018380)
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
(t) 602-382-6000
(f) 602-382-6070
jhoxie@swlaw.com
jhadley@swlaw.com

Counsel for Stephen R. Curley
and James E. Nelson

/s/ John S. Golwen
John S. Golwen (*pro hac vice*)
Christopher G. Lazarini (*pro hac vice*)
Annie T. Christoff (*pro hac vice*)
Bass, Berry & Simms PLC
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
(t) 901-543-5900
(f) 901-543-5999
jgolwen@bassberry.com
clazarini@bassberry.com
achristoff@bassberry.com

Counsel for LeRoy R. Aman, Leanne B.
Appeldorn-March, Rick L. Murphy, and
Philip B. Whitaker

/s/ Douglas Henson Allsworth
Douglas Henson Allsworth
Echo Adrien Orcutt
Kutak Rock LLP
8601 Scottsdale Rd., Ste. 300
(t) 480-429-7107
(f) 480-429-5001
Doug.Allsworth@kutakrock.com
Echo.Orcutt@kutackrock.com

Counsel for Yvette Weinnstein, Chapter 7
Trustee for Community Bancorp

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2015, I caused the foregoing Joint Status Report to be electronically served on all parties to this matter through the Court's ECF system.


            /s/ Matthew J. Dendinger